No. 94–6260. BASHARA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6263. DEGGENDORF ET AL. *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 94–6369. JOHNSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6387. FASOLA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 8th Cir. Certiorari denied.

No. 94–6413. LAPLANTE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–6415. QUEEN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–6471. MENZIES *v.* UTAH. Sup. Ct. Utah. Certiorari denied.

No. 94–6485. HUERTA-MACIAS, AKA MACIAS-HUERTA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6506. BUDD *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–6507. SPAZIANO *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–6513. OLIVA ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6527. JACKSON *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–6570. RICH *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94–6574. JEFFERIES *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 94–6589. BRANTLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.